#3
3

United States District Court
Southern District of Texas
FILED

FEB 2 3 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PRO SE-ALBERT SALAZAR | § § | |
| PRO SE-ANA MARIA TURRUBIATES | § § § § | |
| V. | § § | CIVIL ACTION NO. B-01-032 (Removal from District Court of Cameron County, Texas 197th Cause No: 2001-01-378-C) |
| THE PEP BOYS-MANNY, MOE & JACK OF CALIFORNIA, INC.; CORNELL CORPORATION; and COOPER TIRE & RUBBER COMPANY | § § § § § § | |

## INDEX OF MATTERS BEING FILED

| | Date | Description |
|---|---|---|
| 1. | 02/23/01 | Index of Matters Being Filed |
| 2. | 02/23/01 | List of All Counsel of Record |
| 3. | 0/22/01 | Notice to the Plaintiffs of Filing of Notice of Removal |
| 4. | 02/22/01 | Notice of Removal |
| 4a. | | Civil Docket Sheet in Cause No. 2001-01-378-C in the 197th District Court of Cameron County |
| | 01/23/01 | Plaintiffs' Original Petition in Cause No. 2001-01-378-C In the 197th District Court of Cameron County |
| | | Citation for Personal Service issued to The Pep Boys-Manny, Moe & Jack of California, Inc. |
| | | Citation for Personal Service issued to Cooper Tire & Rubber Company |



ClibPDF - www.fastio.com

|  |  |
|---|---|
|  | Citation for Personal Service issued to Cornell Corporation |
| 2/19/01 | Defendants' Motion to Transfer Venue, and Subject Thereto, Original Answer and Jury Demand |
| 2/19/01 | Jury Demand Receipt |
| 2/22/01 | Defendant Cornell corporations Motion to Transfer Venue, and Subject Thereto Original Answer |

Respectfully submitted,

**GARCIA & VILLARREAL, L.L.P.**
4401 North McColl
McAllen, Texas 78504
Telephone No.: (956) 630-0081
Telecopier No.: (956) 630-3631

By: _____
Jose E. Garcia
State Bar No. 07636780
Federal Bar No.: 3934
Francisco R. Villarreal
State Bar No.:00789706
Fed. Bar No.: 200811
**ATTORNEYS FOR DEFENDANT COOPER TIRE AND RUBBER COMPANY AND PEP BOYS- MANNY, MOE & JACK OF DELAWARE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered on this the 23rd day of February, 2001, to the following parties of record:

Albert Salazar (Pro Se)    CMRR: 7099 3220 0000 8762 6830
654 Eastwood Ct.
Brownsville, Texas 78521

Ana Maria Turrubiates (Pro Se)    CMRR: 7099 3220 0000 8762 6823
447 Rey Juan Carlos
Brownsville, Texas 78521

Greg W. Curry
THOMPSON & KNIGHT, L.L.P.
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201

_____
Francisco R. Villarreal