IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PRO SE-ALBERT SALAZAR | § | |
| | § | |
| PRO SE-ANA MARIA TURRUBIATES | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-032 |
| | § | (Removal from District Court of |
| THE PEP BOYS-MANNY, MOE & | § | Cameron County, Texas 197th |
| JACK OF CALIFORNIA, INC.; | § | Cause No: 2001-01-378-C) |
| CORNELL CORPORATION; and | § | |
| COOPER TIRE & RUBBER | § | |
| COMPANY | § | |

## LIST OF COUNSEL OF RECORD

FOR PLAINTIFFS:

PRO SE ALBERTO SALAZAR
654 Eastwood Ct.
Brownsville, Texas 78521
Telephone: (956) 546-1370

PRO SE ANA MARIA TURRUBIATES
447 Rey Juan Carlos
Brownsville, Texas 78521

FOR DEFENDANTS
CORNELL CORPORATION:

GREG CURRY
State Bar No.: 05270300
THOMPSON & KNIGHT, L.L.P.
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
Telephone: (214) 969-1700
Telecopier: (214) 969-1751



ClibPDF - www.fastio.com

FOR DEFENDANTS, PEP BOYS-MANNY, MOE
& JACK OF DELAWARE, INC. AND COOPER
TIRE & RUBBER COMPANY

JOSE E. GARCIA
State Bar No.: 07636780
Fed Bar No. 3934
FRANCISCO R. VILLARREAL
State Bar No.: 00789706
Fed Bar No. 200811
GARCIA & VILLARREAL, L.L.P.
4401 N. McColl
McAllen, Texas 78504
Telephone: (956) 630-0081
Telecopier: (956) 630-3631

Respectfully submitted,

**GARCIA & VILLARREAL, L.L.P.**
4401 North McColl
McAllen, Texas 78504
Telephone No.: (956) 630-0081
Telecopier No.: (956) 630-3631

By: _____
Jose E. Garcia
State Bar No. 07636780
Federal Bar No.: 3934
Francisco R. Villarreal
State Bar No.:00789706
Fed. Bar No.: 200811
**ATTORNEYS FOR DEFENDANT
COOPER TIRE AND RUBBER
COMPANY AND PEP BOYS- MANNY,
MOE & JACK OF DELAWARE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered on this the ___23rd___ day of February, 2001, to the following parties of record:

Albert Salazar (Pro Se)  
654 Eastwood Ct.  
Brownsville, Texas 78521  
Telephone:

CMRR: 7099 3220 0000 8762 6830

Ana Maria Turrubiates (Pro Se)  
447 Rey Juan Carlos  
Brownsville, Texas 78521

CMRR: 7099 3220 0000 8762 6823

Greg W. Curry  
THOMPSON & KNIGHT, L.L.P.  
1700 Pacific Avenue, Suite 3300  
Dallas, Texas 75201

_____  
Francisco R. Villarreal