

United States District Court
Southern District of Texas
FILED

FEB 2 7 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PRO SE-ALBERT SALAZAR | § | |
| | § | |
| PRO SE-ANA MARIA TURRUBIATES | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-032 |
| | § | |
| THE PEP BOYS-MANNY, MOE & | § | |
| JACK OF CALIFORNIA, INC.; | § | |
| CORNELL CORPORATION; and | § | |
| COOPER TIRE & RUBBER | § | |
| COMPANY | § | |

## JOINDER IN REMOVAL

TO THE UNITED STATES DISTRICT JUDGE:

COMES NOW, CORNELL CORPORATION ("Cornell"), a Defendant in the above-entitled and numbered cause, and files this its Joinder In Removal of the present cause from the 197th Judicial District Court of Cameron County, Texas, showing the Court as follows:

1.     On or about February 22, 2001, this action was removed to this Court. Although as a fraudulently joined Defendant, it not necessary for Cornell to join in the removal, out of an abundance of precaution, it does so.

2.     This cause was commenced in the 197th Texas on January 23, 2001, when Plaintiffs' Original Petition (the "Petition") was filed in Cause Number 2001-01-378-C. Copies

of all process, pleadings, and orders served upon the parties in said cause were attached to the removal papers of Cooper Tire & Rubber Company and Pep Boys—Manny, Moe & Jack of Delaware, Inc. as Exhibit "A," and are incorporated herein for all purposes (the "Removal Papers").

3. Defendant Cooper Tire & Rubber Company ("Cooper") was served with a copy of the Petition on January 29, 2001. Pep Boys was served with a copy of the Petition on May 24, 1999. On or about February 9, 2001. Cornell was served with a copy of the Petition.

4. The Petition filed in the 197th Judicial District Court, Cameron County, Texas which was assigned Cause No. 2001-01-378-C is identical to the Petition, which was previously filed by Plaintiffs on May 19, 1999 in the 357th Judicial District Court, Cameron County, Texas and assigned Cause No. 99-05-2325-E. A copy of the Petition, which was filed in the 357th Judicial District Court was attached to the Removal Papers.

5. On June 18, 1999, Cause No. 99-05-2325-E was removed from the 357th Judicial District Court, Cameron County, Texas lo the United States District Court for the Southern District of Texas, Brownsville Division and assigned Civil Action No. B-99-101. A copy of the Notice of Removal was attached to the Removal Papers as Exhibit "C" and is incorporated herein as if fully set forth at length.

6. This is a civil action for damages allegedly sustained by Plaintiffs as a result of two different automobile accidents involving two different automobiles on or about May 23, 1997 and August 25, 1998, respectively. Plaintiffs allege causes of action for negligence, strict liability, and breach of warranty against Defendants.

7.     Plaintiffs allege in the Petition that they are individuals residing in Cameron County, Texas. It must therefore be assumed that Plaintiffs are citizens of Texas.

8.     Cooper is a corporation, duly incorporated under the laws of the State of Delaware, with its principal place of business in Ohio. Defendant Pep Boys—Manny, Moe & Jack of Delaware, Inc. (incorrectly named as The Pep Boys—Manny, Moe & Jack of California, Inc. in the Petition) ("Pep Boys") is a corporation, duly incorporated under the laws of the State of Delaware, with its principal place of business in Pennsylvania. Cornell is a Texas Corporation. However, as hereinafter set out, Cornell should not be considered as a defendant for purposes of determining diversity jurisdiction.

9.     Complete diversity exists in this case because Cornell was improperly or fraudulently joined by Plaintiffs for the assumed purpose of destroying diversity jurisdiction. As a matter of law, there is no possibility that Plaintiffs will be able to establish a cause of action against the instate defendant in state court.

10.     Plaintiffs have alleged in the Petition that Cornell was "engaged in the business of distributing, selling, selecting and installing tires." However, Cornell was improperly or fraudulently joined as a defendant in this lawsuit is an oil company and has nothing to do with distributing, selling, selecting and installing tires. Attached to the Removal Papers as Exhibit "D" is a letter from Cornell president advising Plaintiffs' counsel of same. Further, Plaintiffs previously recognized that Cornell was an improper party to this action as more fully set out in Plaintiffs' Motion for Dismissal of Cornell Corporation and Plaintiffs' Motion for Leave to File

Respectfully submitted,

By: _____
     Greg W. Curry
     State Bar No. 05270300

THOMPSON & KNIGHT L.L.P.
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (facsimile)

ATTORNEYS FOR DEFENDANT,
CORNELL CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered via Certified Mail, Return Receipt Requested, on this the __ day of February, 2001, to the following parties of record:

Albert Salazar (Pro Se)
654 Eastwood Ct.
Brownsville, Texas 78521

Ana Maria Turrubiates (Pro Se)
447 Rey Juan Carlos
Brownsville, Texas 78521

Jose E. Garcia
Francisco R. Villarreal
GARCIA & VILLARREAL, L.L.P.
4401 North McColl
McAllen, Texas 78504

_____
Greg W. Curry