

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PRO SE-ALBERT SALAZAR | § | |
| | § | |
| PRO SE-ANA MARIA TURRUBIATES | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-032 |
| | § | |
| THE PEP BOYS-MANNY, MOE & | § | |
| JACK OF CALIFORNIA, INC.; | § | |
| CORNELL CORPORATION; and | § | |
| COOPER TIRE & RUBBER | § | |
| COMPANY | § | |

### CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

The undersigned certifies that the only person affiliated with Cornell Corporation who is financially interested in the outcome of this litigation is Cornell Corporation. Cornell has notified its carriers of this matter whose identities are as follows:

(1)  St. Paul Surplus Lines (Swett & Crawford)

(2)  Mt. Hawley Ins. Co. (Energy Risk Associates, Inc.)

(3)  Evanston Ins. Co. (Energy Risk Associates, Inc.)

**CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES—Page 1**
031459 000011 Dallas 1257178.1

Respectfully submitted,

By: _____
    Greg W. Curry
    State Bar No. 05270300

THOMPSON & KNIGHT L.L.P.
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (facsimile)

ATTORNEYS FOR DEFENDANT,
CORNELL CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered via Certified Mail, Return Receipt Requested, on this the 7 day of ~~February~~ March, 2001, to the following parties of record:

| | |
|---|---|
| Albert Salazar (Pro Se) | Jose E. Garcia |
| 654 Eastwood Ct. | Francisco R. Villarreal |
| Brownsville, Texas 78521 | GARCIA & VILLARREAL, L.L.P. |
| | 4401 North McColl |
| Ana Maria Turrubiates (Pro Se) | McAllen, Texas 78504 |
| 447 Rey Juan Carlos | |
| Brownsville, Texas 78521 | |

_____
Greg W. Curry

**CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES**—Page 2
031459 000011 Dallas 1257178.1