```
                                                        United States District Court
                                                        Southern District of Texas
                                                               FILED
        IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS              MAR 2 0 2001
                 BROWNSVILLE DIVISION
                                                         Michael N. Milby
                                                          Clerk of Court
```

| | |
|---|---|
| PRO SE-ALBERT SALAZAR § | |
| § | |
| PRO SE-ANA MARIA TURRUBIATES § | |
| § | |
| § | |
| § | |
| V. § | CIVIL ACTION NO. B-01-032 |
| § | |
| THE PEP BOYS-MANNY, MOE & § | |
| JACK OF CALIFORNIA, INC.; § | |
| CORNELL CORPORATION; and § | |
| COOPER TIRE & RUBBER § | |
| COMPANY § | |

## CERTIFICATE OF DISCLOSURE
## OF INTERESTED PARTIES

    The undersigned hereby certifies that the following entities do not have any affiliations, parent corporations or other entities that are financially interested in the outcome of this litigation and are solely financially interested in the outcome of this litigation as to those claims that have been respectively asserted against each of them:

    1)    <u>Cooper Tire & Rubber Company</u>; and

    2)    <u>The Pep Boys-Manny, Moe and Jack of Delaware, Inc.</u>

The securities of both of the above identified entities are publicly traded.

Respectfully submitted,

**GARCIA & VILLARREAL, L.L.P.**
4401 North McColl
McAllen, Texas 78504
Telephone No.: (956) 630-0081
Telecopier No.: (956) 630-3631

By: _____
Jose E. Garcia
State Bar No. 07636780
Federal Bar No.: 3934
Francisco R. Villarreal
State Bar No.:00789706
Fed. Bar No.: 200811

**ATTORNEYS FOR DEFENDANT COOPER TIRE & RUBBER COMPANY AND PEP BOYS-MANNY, MOE & JACK OF DELAWARE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered on this the 19th day of March, 2001, to the following parties of record:

| | |
|---|---|
| Albert Salazar (Pro Se)<br>654 Eastwood Ct.<br>Brownsville, Texas 78521<br>Telephone: (956) 546-1370 | CMRR: 7099 3220 0000 8762 5277 |
| Ana Maria Turrubiates (Pro Se)<br>447 Rey Juan Carlos<br>Brownsville, Texas 78521 | CMRR: 7099 3220 0000 8762 5291 |
| Greg W. Curry<br>THOMPSON & KNIGHT, L.L.P.<br>1700 Pacific Avenue, Suite 3300<br>Dallas, Texas 75201 | Regular Mail |

_____
Francisco R. Villarreal