8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PROSE - ALBERT SALAZAR | }{ |
| PROSE - ANA MARIA TURRUBIATES | }{ |
| VS. | }{   CIVIL ACTION NO B-01-032 |
| THE PEP BOYS-MANNY, MOE & JACK OF CALIFORNIA, INC. CORNELL CORPORATION AND COOPER TIRE & RUBBER COMPANY | }{ |

### MOTION FOR EXTENSION

TO JUDGE FILEMON VELA.

HONORABLE JUDGE VELA:

    BECAUSE OF poor illness of Plaintiff, ALBERT SALAZAR, mainly heart problems caused to injuries of accident in this cause and the fact the attorney of record, NOMI HUSAIN of KLITSAS, HUSAIN & VERCHER, P.C., 550 Westcott, Ste 570, Houston, TX 77007, has withdrawn from the case as of April 2, 2001, an extension is being requested. Plaintiffs need to look for another attorney to handle this matter as well as to get all the documentation in order so as to continue with this cause.

Respectfully,

*Albert Salazar*

ALBERT SALAZAR
Prose
654 East Wood Ct.
Brownsville, TX 78521
(956)546-1370

*Ana M Turrubiates*

ANA MARIA TURRUBIATES
Prose
447 Rey Juan Carlos
Brownsville, TX 78521