9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PRO SE-ALBERT SALAZAR | § | |
| | § | |
| PRO SE-ANA MARIA TURRUBIATES | § | |
| | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-032 |
| | § | |
| THE PEP BOYS-MANNY, MOE & | § | |
| JACK OF CALIFORNIA, INC.; | § | |
| CORNELL CORPORATION; and | § | |
| COOPER TIRE & RUBBER | § | |
| COMPANY | § | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN
## UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

**RESPONSE:**

Plaintiff Albert Salazar and Plaintiff Maria Turrubiates are pro se. Counsel for Defendants Cooper Tire & Rubber Company and Pep Boys – Manny, Moe and Jack of Delaware, Inc. have attempted to contact the pro se Plaintiffs on numerous occasions. However, to date, these efforts have been unsuccessful. When the initial meeting does occur, Defendants Cooper Tire & Rubber Company and Pep Boys – Manny, Moe and Jack of Delaware, Inc. will be represented by either Jose E. Garcia or Francisco R. Villarreal. Cornell Corporation is represented by Greg Curry.

2. List the cases related to this one that are pending in any state or federal court, with the case number and court.

**RESPONSE:**

There are no cases pending in any state or federal court which are related to this one. However, Plaintiffs previously filed an identical suit on May 19, 1999 in the 357th Judicial District Court, Cameron County, Texas, under Cause No. 99-05-2325-E. On June 18, 1999, Cause No. 99-05-2325-E was



removed from the 357th Judicial District Court, Cameron County, Texas, to the United States District Court for the Southern District of Texas, Brownsville Division, and assigned Civil Action No. B-99-101. On October 2, 2000, an amended final order of dismissal without prejudice was entered by the Honorable Judge Tagle in Cause No. 99-05-2325-E.

Plaintiffs then apparently retyped the first and last pages of the complaint, and filed an Original Petition in the 197th Judicial District Court, Cameron County, Texas. This case was assigned Cause No. 2001-01-378-C. Upon removal, the current action has been assigned Civil Action No. B-01-032.

3.  Specify the allegation of federal jurisdiction.

**RESPONSE:**

Defendant Cooper Tire & Rubber Company is a corporation, duly incorporated under the laws of the State of Delaware, with its principal place of business in Ohio. Defendant Pep Boys-Manny, Moe & Jack of Delaware, Inc. (incorrectly named as The Pep Boys- Manny, Moe & Jack of California, Inc. in Plaintiffs' Original Petition) is a corporation, duly incorporated under the laws of the State of Delaware, with its principal place of business in Pennsylvania. Cornell Corporation is a Texas Corporation; however, as hereinafter set out, Defendant Cornell should not be considered as a defendant for purposes of determining diversity jurisdiction.

Complete diversity exists in this case because Defendant Cornell Corporation was improperly or fraudulently joined by Plaintiffs for the assumed purpose of destroying diversity jurisdiction. As a matter of law, there is no possibility that Plaintiffs will be able to establish a cause of action against the in-state defendant in state court.

Plaintiffs have alleged in Plaintiffs' Original Petition that Defendant Cornell Corporation was "engaged in the business of distributing, selling, selecting and installing tires." However, the Cornell Corporation improperly or fraudulently joined as a defendant in this lawsuit is an oil company and has nothing to do with distributing, selling, selecting and installing tires. Attached hereto as Exhibit "D is a letter from Cornell corporation's president advising Plaintiffs' counsel of same. Further, Plaintiffs previously recognized that Defendant Cornell Corporation was an improper party to this action as more fully set out in Plaintiffs' Motion for Dismissal of Defendant Cornell Corporation and Plaintiffs' Motion for Leave to File Amended Pleading both of which are attached hereto as Exhibit "E" and "F" respectively and incorporated herein as if fully set forth at length.

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

**RESPONSE:**

Defendants Cornell Corporation, Cooper Tire & Rubber Company and The Pep Boys – Manny, Moe and Jack of Delaware, Inc. are in the process of finalizing their initial disclosures as required by Rule 26(a). To date, Plaintiffs have not made the initial disclosures required by Rule 26(a).

9. Describe the proposed agreed discovery plan, including:

   A. Responses to all the matters raised in Rule 26(f).

   B. When and to whom the plaintiff anticipates it may send interrogatories.

   C. When and to whom the defendant anticipates it may send interrogatories.

   D. Of whom and by when the plaintiff anticipates taking oral depositions.

   E. Of whom and by when the defendant anticipates taking oral depositions.

   F. List expert depositions the plaintiff anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B)(expert report).

   G. List expert depositions the defendant anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**RESPONSE:**

As noted above, Defendants Cornell Corporation, Cooper Tire & Rubber Company and Pep Boys – Manny, Moe and Jack of Delaware, Inc. have been unable to meet with the pro se Plaintiffs to discuss the proposed agreed discovery plan. When such a meeting has taken place, the parties will submit to the Court, within 14 days after the conference, a written report outlining the plan as required by Rule 26(f).

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

**RESPONSE:**

As noted above, Defendants Cornell Corporation, Cooper Tire & Rubber Company and Pep Boys – Manny, Moe and Jack of Delaware, Inc. have been unable to meet with the pro se Plaintiffs to discuss the proposed agreed discovery plan. When such a meeting has taken place, the parties will submit to the Court, within 14 days after the conference, a written report outlining the plan as required by Rule 26(f).

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

**RESPONSE:**

No discovery has been undertaken to date.

12. State the date the planned discovery can reasonably be completed,

**RESPONSE:**

As noted above, Defendants Cornell Corporation, Cooper Tire & Rubber Company and Pep Boys – Manny, Moe and Jack of Delaware, Inc. have been unable to meet with the pro se Plaintiffs to discuss the proposed agreed discovery plan. When such a meeting has taken place, the parties will submit to the Court, within 14 days after the conference, a written report outlining the plan as required by Rule 26(f).

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

**RESPONSE:**

Despite the undersigned's best efforts, counsel for Defendants Cornell Corporation, Cooper Tire & Rubber Company and Pep Boys – Manny, Moe and Jack of Delaware, Inc. have been unable to meet with the pro se Plaintiffs to discuss the proposed agreed discovery plan. When such a meeting has taken place, the parties will submit to the Court, within 14 days after the conference, a written report outlining the plan as required by Rule 26(f).

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

**RESPONSE:**

Defendants Cooper Tire & Rubber Company and Pep Boys – Manny, Moe and Jack of Delaware, Inc. are in the process of preparing a Motion for Summary Judgment as to the claims of Albert Salazar and Ana Maria Turrubiates. The claims of Salazar and Turrubiates are barred by the applicable statute of limitations. Salazar's claims arise out of an automobile accident which occurred on or about May 23, 1997. Turrubiates' claims arise out of an accident which occurred on or about August 25, 1998. The present suit was filed in state court on January 23, 2001. Clearly, Plaintiffs' claims are barred by the two-year statute of limitations set out in Texas Civil Practice & Remedies Code §16.003.

Defendant Cornell Corporation will be filing a Motion to Dismiss on the grounds it is not a proper party to this lawsuit.

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.

**RESPONSE:**

Not applicable.

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before magistrate judge.

**RESPONSE:**

As noted above, counsel for Defendants Cornell Corporation, Cooper Tire & Rubber Company and Pep Boys – Manny, Moe and Jack of Delaware, Inc. have been unable to meet with the pro se Plaintiffs in this case. When such a meeting is held, the parties will submit their joint position on a trial before a magistrate judge in this case. For the Court's information, Defendants Cooper Tire & Rubber Company and Pep Boys – Manny, Moe and Jack of Delaware, Inc.'s decision will depend on which Magistrate would hear the case, as well as which District Judge would hear the case.

17. State whether a jury demand has been made and if it was made on time.

**RESPONSE:**

Defendants Cooper Tire & Rubber Company and The Pep Boys – Manny, Moe and Jack of Delaware, Inc. made a jury demand in the 197th District Court, Cameron County, Texas, prior to removal. Defendants requested a trial by jury in the Notice of Removal filed with this Court on February 22, 2001. Defendants are prepared, if necessary, to file a Motion for Trial by Jury under FRCP 39(b).

18. Specify the number of hours it will take to present the evidence in this case.

**RESPONSE:**

Unknown at this time.

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

**RESPONSE:**

Defendants Cooper Tire & Rubber Company and Pep Boys – Manny, Moe and Jack of Delaware, Inc. anticipate filing a Motion for Summary Judgment in the next 10 days. Defendants' position is that Plaintiffs' claims are barred by the statute of limitations. Defendant Cornell Corporation will be filing a Motion to Dismiss.

20. List other motions pending.

**RESPONSE:**

None at this time.

21. Indicate other matters peculiar to this case, including discovery, that deserve that special attention of the court at the conference.

**RESPONSE:**

There are no cases pending in any state or federal court which are related to this one. However, Plaintiffs previously filed suit on May 19, 1999 in the 357th Judicial District Court, Cameron County, Texas, under Cause No. 99-05-2325-E. On June 18, 1999, Cause No. 99-05-2325-E was removed

from the 357th Judicial District Court, Cameron County, Texas, to the United States District Court for the Southern District of Texas, Brownsville Division, and assigned Civil Action No. B-99-101. On October 2, 2000, the amended final order of dismissal without prejudice was entered by Judge Tagle in Cause No. 99-05-2325-E.

Plaintiffs then apparently retyped the first and last pages of the complaint, and filed an Original Petition in the 197th Judicial District Court, Cameron County, Texas. This case was assigned Cause No. 2001-01-378-C. Upon removal, the current action has been assigned Civil Action No. B-01-032.

22. List the names, bar numbers, addresses, and telephone numbers of all counsel.

**RESPONSE:**

FOR PLAINTIFFS:

    PRO SE ALBERTO SALAZAR
    654 Eastwood Ct.
    Brownsville, Texas 78521

    PRO SE ANA MARIA TURRUBIATES
    447 Rey Juan Carlos
    Brownsville, Texas 78521

FOR DEFENDANTS CORNELL CORPORATION:

    GREG CURRY
    State Bar No.: 05270300
    THOMPSON & KNIGHT, L.L.P.
    1700 Pacific Avenue, Suite 3300
    Dallas, Texas 75201
    Telephone: (214) 969-1700
    Telecopier: (214) 969-1751

FOR DEFENDANTS, PEP BOYS-MANNY, MOE & JACK OF DELAWARE, INC.
AND COOPER TIRE & RUBBER COMPANY

JOSE E. GARCIA
State Bar No.: 07636780
FRANCISCO R. VILLARREAL
State Bar No.: 00789706
GARCIA & VILLARREAL, L.L.P.
4401 N. McColl
McAllen, Texas 78504
Telephone: (956) 630-0081
Telecopier: (956) 630-3631

Respectfully submitted,

**GARCIA & VILLARREAL, L.L.P.**
4401 North McColl
McAllen, Texas 78504
Telephone No.: (956) 630-0081
Telecopier No.: (956) 630-3631

By: _____ by permission
Jose E. Garcia
State Bar No. 07636780    13598200
Francisco R. Villarreal   19204
State Bar No.: 00789706

ATTORNEYS FOR DEFENDANT COOPER TIRE AND RUBBER COMPANY AND PEP BOYS - MANNY, MOE & JACK OF DELAWARE, INC.

**THOMPSON & KNIGHT, L.L.P.**
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
Telephone: (214) 969-1700
Telecopier: (214) 969-1751

By: _____ by permission
Greg Curry
State Bar No.: 05270300

ATTORNEYS FOR DEFENDANT CORNELL CORPORATION

FED BAR 13598200
19204

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered on this the 16th day of April, 2001, to the following parties of record:

Albert Salazar (Pro Se)
654 Eastwood Ct.
Brownsville, Texas 78521
Telephone: (956) 546-1370

Ana Maria Turrubiates (Pro Se)
447 Rey Juan Carlos
Brownsville, Texas 78521

Greg W. Curry
THOMPSON & KNIGHT, L.L.P.
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201

_____
Jose E. Garcia
Francisco R. Villarreal

c-drive\cooper tire\salazar\pld\joint discovery.case management plan 4 16 01