*10*

United States District Court
Southern District of Texas
FILED

APR 26 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. B-01-032 | DATE & TIME: 04-26-01 AT 1:30 P.M. |
| PRO SE-ALBERT SALAZAR | PLAINTIFF(S)   ALBERT SALAZAR |
| PRO SE-ANA MARIA TURRUBIATES | COUNSEL        ANA MARIA TURRUBIATES |
| VS. | |
| THE PEP-BOYS-MANNY, MOE & JACK | DEFENDANT(S)   JOSE EDUARDO GARCIA |
| OF CALIFORNIA, INC., ET AL. | COUNSEL        FRANCISCO R. VILLARREAL |
| | GREG W. CURRY |

---

CSO: Richard Harrellson
ERO: Gabriel Mendieta

Attorneys Francisco Villarreal for Pep-Boys and Cooper Tires and Larry Henke for Cornell Corp. appeared.

Plaintiffs did not appear.

Defendants will file dispositive motions on or before sixty days.