

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JUN 26 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | |
|---|---|
| PRO SE-ALBERT SALAZAR § | |
| PRO SE-ANA MARIA TURRUBIATS § | |
| § | |
| VS. § | CIVIL ACTION NO. B-01-032 |
| § | |
| THE PEP BOYS-MANNY, MOE & JACK § | |
| OF CALIFORNIA, INC., CORNELL § | |
| CORPORATION AND COOPER TIRE & § | |
| RUBBER COMPANY § | |

TYPE OF CASE:    __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON DEFENDANT CORNELL CORPORATION'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT (DOCKET NO. 11) AND

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT (DOCKET NO. 12) FILED BY DEFENDANTS COOPER TIRE & RUBBER COMPANY AND THE PEP BOYS-MANNY, MOE & JACK OF DELAWARE, INC.

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

AUGUST 2, 2001 AT 1:30 P.M.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 25, 2001

TO:   MR. ALBERT SALAZAR
      MS. ANA MARIA TURRUBIATES
      MR. JOSE EDUARDO GARCIA
      MR. FRANCISCO RENE VILLARREAL
      MR. GREG W. CURRY