14

## IN THE UNTIED STATE DISTRCT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE, DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ALBERT SALAZAR AND ANA MARIA TURRUBIATES<br>Plaintiffs, | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-032 |
| THE PEP BOYS-MANNY, MOE & JACK OF CALIFORNIA, INC. CORNELL CORPORATION AND COOPATION AND COOPER TIRE AND RUBBER COMPANY<br>Defendant. | § § § § § | |

### PLAINTIFFS' MOTION FOR RESPONSE TO MOTION FOR EXTENSION

### TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COME** Plaintiffs, Albert Salazar and Ana Maria Turrubiates, pursuant to Motion for Extension filed on April 12, 200. The Plaintiffs, show good cause as follows:

I.

The Plaintiffs' never received notice of order granting and hearing date on Motion for Extension. Plaintiff's have always received all correspondence on case except this notice.

II.

Plaintiffs would appreciate a response on their Motion for Extension.

III.

This extension of time is sought so that justice may be done, and not for purposes of delay.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs request the Court to grant extension for ~~30~~ 90 days.

Respectfully submitted,

By: _____
ALBERT SALAZAR, Prose
654 East Wood Ct.
BROWNSVILLE, Texas  78520
Tel. (956)546-1370


By: _____
Ana Maria Turrubiates, Prose
447 Rey Juan Carlos
BROWNSVILLE, Texas  78521

IN THE UNTIED STATE DISTRCT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | |
|---|---|
| ALBERT SALAZAR AND ANA MARIA TURRUBIATES<br>Plaintiffs,<br><br>VS.<br><br>THE PEP BOYS-MANNY, MOE & JACK OF CALIFORNIA, INC. CORNELL CORPORATION AND COOPATION AND COOPER TIRE AND RUBBER COMPANY<br>Defendant. | § § § § § § § § § § § § § § § §    CIVIL ACTION NO. B-01-032 |

## ORDER SETTING HEARING

The above and foregoing Plaintiffs' Motion for Response to Motion for Extension having been presented and duly considered, the Court is of the opinion that a hearing on same is necessary.

**IT IS THEREFORE ORDERED** that said Motion is set for hearing on _____ at \_\_\_\_\_.

**SIGNED** on _____ , 2001.

_____
JUDGE PRESIDING

## CERTIFICATE OF SERVICE

I certify that on June 22, 2001, a true and correct copy of Plaintiffs' Motion for Response to Motion for Extension was certified mail on .Thompson & Knight at 1700 Pacific Ave, Suite 3300, Dallas, Texas 75201-4693 and Garcia and Villarreal at 4401 N. McCall, McAllen, Tecas 78504.

_____
Albert Salazar, Prose


_____
Ana Maria Turrubiates, Prose