15

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 28 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALBERT SALAZAR, ET AL, | § | |
|    Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-032 |
| | § | |
| THE PEP BOYS-MANNY, MOE & | § | |
| JACK OF CALIFORNIA, INC., ET AL., | § | |
|    Defendants. | § | |

## ORDER

Pending before the Court is Motion for Extension (Docket No. 8) filed by the Plaintiffs and Plaintiffs' Motion for Response to Motion for Extension (Docket No. 14).

These Motions are **DENIED**.

SIGNED at Brownsville, Texas, this 28th day of June, 2001.

                                                  John Wm. Black
                                                United States Magistrate Judge