IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PRO SE-ALBERT SALAZAR | § |
| | § |
| PRO SE-ANA MARIA TURRUBIATES | § |
| | § |
| v. | § CIVIL ACTION NO. B-01-032 |
| | § |
| THE PEP BOYS-MANNY, MOE & | § |
| JACK OF CALIFORNIA, INC.; | § |
| CORNELL CORPORATION; and | § |
| COOPER TIRE & RUBBER COMPANY | § |

## DESIGNATION OF LEAD COUNSEL

COMES NOW, Cornell Corporation, one of the Defendants in the above-entitled and numbered cause, and designates Dwain M. Clifford as lead trial counsel for said Defendant. All notices and other documentation should therefore be directed to:

Dwain M. Clifford
Thompson & Knight L.L.P.
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201

Respectfully submitted,

THOMPSON & KNIGHT L.L.P.

By: _____
Dwain M. Clifford
Attorney-in-charge
State Bar No. 24027933
S.D. Tex. Bar No. 28153

1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (facsimile)

DESIGNATION OF LEAD COUNSEL - PAGE 1
031459 000011 DALLAS 1305558.1

ATTORNEYS FOR DEFENDANT
CORNELL CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via Certified Mail, Return Receipt Requested, on this the 28th day of June 2001, to the following parties of record:

Albert Salazar (Pro Se)
654 Eastwood Ct.
Brownsville, Texas 78521
(956) 546-1370

Ana Maria Turrubiates (Pro Se)
447 Rey Juan Carlos
Brownsville, Texas 78521

Jose E. Garcia
Francisco R. Villarreal
GARCIA & VILLARREAL, L.L.P.
4401 North McColl
McAllen, Texas 78504

Dwain M. Clifford