17

County of Cameron
State of Texas

Brownsville, TX
July 27, 2001

United States District Court
Southern District of Texas
FILED

JUL 3 1 2001

Michael N. Milby
Clerk of Court

## Affidavit

Before me Notary Public in and for the state of Texas appeared
Albert Salazar, and after being sworn deposes and says:

" I, Albert Salazar, a plaintiff on a civil action No B-01-032, Hereby state

that I have in my possession several documents signed by people that have a

relation to my case against  Pep-Boys-Manny and all others. Attached are

affidavits and the signatures of the people that have knowledge of my case.

Also, I would like to state that more than 50 lawyers had turned me down

after they had already accepted to take my case. I have letters of the

attorneys that turned me down. The majority of the time the lawyers turned

me down after talking to Attorney Ray Marchan.

I went to Firestone Tire & Service Centers and the employee stated on

10-7-1997:

"Vibration at 55&65 and two rear tires out of round."

_____          _____
                                 Date

I sorry Firestone Tire & Service Centers
donot cooperate to sign.

Mr. Ricky Davila from Red Barn Tire Service stated on 10-24-1997 the following:

"Problem with rear tires, soft sidewalls, solution 1 tire rotation, vehicle snakedrives.

_____        _____
Rick Davila                                          Date

After that I went back to Rick Davila now at his own business named Ricki's Auto Service he serviced the vehicle and he stated on 5-10-1999:

"Vehicle snaked driving when changing lanes, replace rear tires, has some 235 -75 -15 and replaced with 235-75-15 when tried out. Took care of problem. Vehicle needs front end work."

_____        _____
Rick Davila                                          Date

If you need any further information please contact me at (956)546-1370.

_____        _____
Albert Salazar                                       Date

Sworn and Subscribed to me on this 27th day of July 2001

_____
Notary Public

my com. expires:
10-01-2004

Exhibit 1

# FIRESTONE TIRE & SERVICE CENTERS

**CUSTOMER ESTIMATE**

DATE _10.7.87_    SALESPERSON NO. _____

NAME _Milford Salazar_

YR. _____ MAKE _Cadillac_ M_____ COLOR _____

ADDRESS _651 Eastwood Ct_    LICENSE NO. _YKM 665_  ST. _____  ENGINE SIZE _____

CITY _Brolly_  ST _TX_  ZIP _78521_    VIN NO _____

HOME PHONE _____ 46 1370

WORK PHONE _____

CONTACT PHONE _____

**TIME**

CASH ☐   CHECK ☐   AUTO PASS ☐   AMEX ☐   OTHER ☐

ACCOUNT NO. _____

P.O. NO _____

EXP. DATE _____   AMT APPR. $ _____   APPR. NO. _____   OP. NO. _____

SERVICE NOTES / SYMPTOMS:

THIS ESTIMATE IS VALID FOR 60 DAYS

Front PSI _____   Rear PSI _____   Torque _____ ft (lbs.)

**HUB CAP LOCKING DEVICE**
☐ YES   ☐ NO
KEY LOCATED

Mounting Instructions: LF  RF  LR  RR  SP

X _____   ☐ Do   ☐ Parts

44E?
FIRE?
1054?
BRO?
(95?

| Items/Description/Reason For Recommendation | MFG # | Parts | | | Labor | | |
|---|---|---|---|---|---|---|---|
| | | Article No. | Qty | Unit Price | Article No. | Qty | Unit Price |
| | | | | | 28789/46930 | | |

## REQUESTED SERVICES

BOXES NOT CHECKED OFF ARE RECOMMENDED ITEMS NOT PURCHASED TODAY

| | | Article No. | Qty | Unit Price | Article No. | Qty | Unit Price |
|---|---|---|---|---|---|---|---|
| | | | | $ | | | $ |
| | | | | | | | |
| | | Article No. | Qty | Unit Price | Article No. | Qty | Unit Price |
| | | | | $ | | | $ |
| | | Article No. | Qty | Unit Price | Article No. | Qty | Unit Price |
| two Reartires  out of Round | | | | $ | | | $ |

# RED BARN TIRE SERVICE

**6424 E. 14th**
**Brownsville, Texas 78521**
**(210) 831-8311**

| | |
|---|---|
| NAME | |
| ADDRESS | |
| CITY | |
| DATE 10-24-97 | WHEN PROMISED | PHONE |

| DESCRIPTION OF LABOR OR MATERIAL | YEAR & MAKE OF CAR-TYPE OR MODEL 1981 Caddillac | ESTIMATE |
|---|---|---|

(Problem)
Rear TIRES Soft Sidewalls

(Solution)
1- TIRE Rotation                                $8.50

(Vehicle drives
snakedrives)

Ricky Davila

This work Authorized By:

Work Accepted By:

0674

Date

| | |
|---|---|
| Total Parts | |
| Total Labor | |
| Tax | 8.5? |
| Total | |

Exhibit 2

# RICK'S AUTO SERVICE
## 3254 BOCA CHICA
## BROWNSVILLE, TX 78520
## (956) 542-0812

| NAME | Albert Salazar | DATE 5-10-95 |
|---|---|---|
| ADDRESS | | PHONE |

Lic# PKM-D45

| MAKE | MODEL NO. | SERIAL NO. | DATE PROMISED |
|---|---|---|---|

81 Cadillic Fleetwood

NATURE OF SERVICE

☐ ESTIMATE  ☐ CASH
☐ WARRANTY  ☐ CHARGE
☐ CONTRACT  ☐ C.O.D.

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Vehicle snake dries when changing Janes | | |
| | Replace Rear Tires | | |
| | had some 235-75-15 Cornell Replaced with 235-75-15 Triumphs TM 15 | | |
| | Took care of problem | | |
| | Vehicle Needs front End work | | |

REMARKS

TECHNICIAN

Signature below constitutes acceptance of above service performed as being satisfactory — and that the equipment has been left in good condition.

TOTAL MATERIALS

TECHNICAL SERVICE TIME  ☐ SHOP  ☐ HOME
☐ PICK UP OR DELIVERY  ☒ SERVICE CALL CHARGE

DATE COMPLETED

TAX

TOTAL  100 00

1280   PRINTED IN U.S.A.   Thank You

Exhibit 3

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

ATTORNEYS AT LAW

A REGISTERED LIMITED LIABILITY PARTNERSHIP

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A. COWLEY‡

1201 EAST VAN BUREN
P. O. BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170

United States District Court
Southern District of Texas
RECEIVED

JUL 31 2001

LAURA JURES
LECIA D CHANEY
R. PATRICK RODRIGUEZ
ROSE MARY BARGOMEZ
TERRI DALE AUS, Clerk
DARRYL E. ATKINSON

*BOARD CERTIFIED IN PERSONAL
INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

‡BOARD CERTIFIED IN LABOR AND
EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

September 26, 2000

Exhibit 4

**HAND-DELIVERED**

Mr. Ray R. Marchan
Harris & Watts
Attorneys at Law
1926 East Elizabeth
Brownsville, Texas 78520

Re:   Civil Action No. B-99-101
Ana Maria Turrubiates, Individually and As Next Friend of Jose David
Turrubiates and Miguel Turrubiates, Minors and Albert Salazar v. The Pep
Boys-Manny, Moe & Jack of California, Inc; Cornell Corporation; and
Cooper Tire & Rubber Company

Dear Ray:

Please accept this correspondence as an agreement by my client, Cooper Tire &
Rubber Company, to toll the statute of limitations as to claims made in Federal Court
under the Civil Action No. B-99-101 by Ana Maria Turrubiates and Albert Salazar arising
out of accidents that occurred on August 25, 1998 and May 23, 1997, in Cameron
County, Texas, respectively.   This tolling is for 120 days from the date this agreement
is signed.   Cooper reserves the right to assert all other affirmative defenses and
otherwise protect its interests in the event Ms. Turrubiates and Mr. Salazar re-file suit.

Plaintiffs can file suit in State or Federal court.   Cooper reserves the right to
remove the case if it is removable and we deem it to be in the best interest of Cooper
Tire & Rubber Company.

Cooper has not had the opportunity to inspect the tires.   Cooper does not
concede the subject tires are even its products or there is anything wrong with them.
Additionally, we expect the opportunity to inspect these tires at Cooper's expense in
Findlay, Ohio, if in fact either Ana Maria Turrubiates or Albert Salazar decides to
proceed with filing another lawsuit.   I suggest that they be informed to preserve this
evidence and any other further evidence that they and/or you have.

McALLEN, TEXAS OFFICE: 4900 NORTH 10TH STREET, BUILDING A-2, 78504, TELEPHONE (956) 686-1287 TELECOPIER (956) 686-6197

HARLINGEN, TEXAS OFFICE: 402 EAST VAN BUREN STREET, 78550, TELEPHONE (956) 423-0213 TELECOPIER (956) 423-2035

Mr. Marchan
September 26, 2000
Page 2

*Exhibit 4 page 2*

---

Very truly yours,

RODRIGUEZ, COLVIN & CHANEY, L.L.P

Joseph A. (Tony) Rodriguez

JAR/vbl

AGREED:

By:_____      _____
    Scott Pinzone                                               Date
    Cooper Tire & Rubber Company


By:_____      _____
    Joseph A. (Tony) Rodriguez                        Date
    Attorney for Cooper Tire & Rubber Company


By:_____      9/27/00
    Ray A. Marchan                                        Date
    Attorney for Plaintiffs
    Ana Maria Turrubiates and
    Albert Salazar


By:_____      9/27/00
    Ana Maria Turrubiates, Plaintiff              Date


By:_____      9/27/00
    Albert Salazar, Plaintiff                          Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANA MARIA TURRUBIATES, Individually and As Next Friend of JOSE DAVID TURRUBIATES and MIGUEL TURRUBIATES, Minors; and ALBERT SALAZAR | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-99-101 |
| THE PEP BOYS - MANNY, MOE & JACK OF CALIFORNIA, INC.; CORNELL CORPORATION; and COOPER TIRE & RUBBER COMPANY | § § § § § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW, The Plaintiffs in the above referenced case by and through their attorney and hereby file this their voluntary Dismissal Without Prejudice pursuant to F.R.C.P. 41(a)(1)(ii).   The Defendants by and through their attorney acknowledge the filing of this Stipulation of Dismissal without Prejudice.

*Exhibit 4 page 3*

Respectfully submitted,

HARRIS & WATTS, P.C.

By: _____

_____
Ana Maria Turrubiates,
Plaintiff

Ray R. Marchan
State Bar No. 12969050
Federal I.D. No. 9522
Helen Delgadillo
State Bar No. 00798141
Federal I.D. No. 21305
Attorneys in Charge
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 546-0333  - Telephone
(956) 541-0255  - Fax

_____
Albert Salazar,
Plaintiff

ATTORNEY FOR PLAINTIFFS

**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**

By:_____

Eduardo Roberto Rodriguez
State Bar No. 17144000
Federal Bar No. 1944
Joseph A. (Tony) Rodriguez
State Bar No. 17146600
Federal Bar No. 10107
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANTS,
COOPER TIRE & RUBBER COMPANY AND
PEP BOYS – MANNY, MOE & JACK OF
DELAWARE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon opposing counsel, to-wit:

*Ex hibit 4 page 4*

Joseph A. (Tony) Rodriguez
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522

on this the ___27___ day of September, 2000.

_____
Ray R. Marchan

CM/PDF - www.fasite.com

# Les Mendelsohn & Associates, P.C.

### ATTORNEYS AT LAW

ATTORNEYS:
* LES MENDELSOHN
  BOARD CERTIFIED
  CIVIL TRIAL LAW
  PERSONAL INJURY TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION
  CIVIL TRIAL ADVOCATE
  NATIONAL BOARD OF TRIAL ADVOCACY

RICKY J. POOLE

STEPHANIE STROLLE

JUDITH SANDERS-CASTRO

INVESTIGATORS:
CHARLES I. GOLDMAN
BOARD CERTIFIED - NATIONAL ASSOCIATION
OF LEGAL INVESTIGATORS

RICHARD T. MILLER
TEXAS CERTIFIED PEACE OFFICER

LEGAL ASSISTANTS:
ROSE DUNCAN
BOARD CERTIFIED PERSONAL INJURY LAW,
TEXAS BOARD OF LEGAL SPECIALIZATION

ROSALIA ORTIZ
SHARON THOMAS

1100 WESTON CENTRE
112 E. PECAN STREET
SAN ANTONIO, TEXAS 78205-1533
(210) 222-2271
FAX: (210) 230-8914

LEGAL COUNSELING          TRIALS
DISPUTE RESOLUTION        APPEALS

October 7, 1998

Mr. Albert Salazar                          **VIA CERTIFIED MAIL – RRR**
654 Eastwood Court
Brownsville, Texas  78520

    Re:  Your automobile accident of
       May 23, 1997

Dear Mr. Salazar:

    This is to advise you that our firm has concluded that we will be unable to assist you or provide representation on your behalf in regard to your legal matter.

    I regret that we will be unable to proceed with your case, and I want you to know that our decision not to represent you does not mean that you do not have a valid claim. You are free to consult with any other attorney of your choice regarding this incident. You may want to speak with Frank Costilla, the attorney in Brownsville who assisted me in the investigation of this case, to see if he may be able to assist you.

    If you wish to select another attorney, please know that a lawsuit should be filed within two years from the date of the incident, that is on or before **May 23, 1999**.

    If we can ever be of service to you at any time in the future, please do not hesitate to contact me.

Sincerely,

Les Mendelsohn

LM/klk

Exhibit J

# STEVEN C. BENKE
## ATTORNEY AT LAW

**737 ISOM ROAD**
**SAN ANTONIO, TEXAS 78216**

**(210) 308 - 0004 TELEPHONE**
**(210) 525 - 0340 FACSIMILE**

November 10, 1998

<u>**CERTIFIED MAIL NO. Z 110 826 284**</u>
<u>**RETURN RECEIPT REQUESTED**</u>
Mr. Albert Salazar
654 Eastwood Ct.
Brownsville, Texas 78521

     Re:    Legal Representation in case of defective tires

Dear Mr. Salazar:

    After investigating the facts and reviewing the information available to me, I am of the opinion that it will not be feasible for me to pursue a lawsuit in this case on your behalf. However, I am not expressing an opinion as to the merits or your claim. You may wish to have your file reviewed by an attorney for another opinion as to the feasibility of bringing a lawsuit against the responsible parties. Further, you should be aware that there is a two (2) year statute of limitations in a cases such as yours. This means that if you wish to bring a lawsuit against other parties involved in this action, you must do so within two years of the date of the incident.

    Finally, I regret that I was unable to pursue this cause of action on your behalf. If I can ever be of assistance to you in the future on another matter, please feel free to contact me.

               Sincerely,

               Steven C. Benke

Exhibit 1 C



## Law Offices of
# Frank Herrera
**PERSONAL INJURY LAW**                                                                   A Professional Corporation

**Frank Herrera, Jr.**
  Board Certified - Civil Trial Law
  Board Certified - Labor & Employment Law
  Board Certified - Personal Injury Trial Law
  Texas Board of Legal Specialization
**Rogelio Lopez**
**Laura G. Tamez**

**Rio Grande Valley Office**
One Park Place, Suite 300
100 Savannah Avenue
McAllen, Texas 78503
(956) 618-3334
Fax (956) 618-0688

International Bank of Commerce Centre
175 East Houston Street, Suite 250
San Antonio, Texas 78205-2240
(210) 224-1054
FAX (210) 228-0887

February 9, 1999

Mr. Albert Salazar
654 Eastwood Court
Brownsville, TX 78521

RE: **Your potential personal injury claim**
**DOA: 05/23/97**

Dear Mr. Salazar:

This will confirm that we will not be able to represent you in your potential personal injury/products liability claim regarding your accident on May 23, 1997.

Since you did not sign a contract with our office and should you wish to pursue this matter, I would suggest that you contact another attorney **immediately.**

The statute of limitations for personal injury cases in the State of Texas is two years form the date of the injury. **We therefore encourage you to take legal action within two years from the date of the injury so as to preserve your legal rights.**

Thank you for giving our firm the opportunity to review your case. If we can ever be of any assistance in the future, please do not hesitate to contact me.

Very truly yours,

**LAW OFFICES OF FRANK HERRERA**
a Professional Corporation

Rogelio Lopez

*Exhibit 3 7*

RL:mld

::ODMA\PCDOCS\DOCSM\11593\1



THE ALLISON LAW FIRM

April 5, 1999

Guy Hendrick Allison

Dana Ruth Allison

Karen R. Thompson

Cary M. Toland

Brandt R. Johnson

Charles Pugsley Fincher
Of Counsel

Brownsville Office.

855 East Harrison

Brownsville, TX 78520

Tel 956•541•8338

Fax 956•541•2535

Corpus Christi Office:

920 Leopard Street

Corpus Christi, TX 78401

Tel 512•384•8900

Fax 512•888•6543

CMRRR Z 474 201 344
Mr. Brian Kauffman
The Allison Law Firm
920 Leopard
Corpus Christi, TX 78401

      Re:    Albert Salazar

Dear Brian:

     I am enclosing a file we have received from Mr. Albert Salazar who has asked that we forward his file to you for your review. Apparently Mr. Salazar spoke with Larry Walsh, an attorney here in Brownsville, who told him that Guy was handling a similar case and suggested that he bring the file here so that we could forward it to you.

     Mr. Salazar can be reached at (956) 546-1370 after 1:00 p.m..

     Sincerely,

*Pauline Mendiola*

Pauline Mendiola
Assistant to Dana R. Allison

*Exhibit 8*

\pm
Encl.
xc:   Mr. Albert Salazar
      654 Eastwood Ct
      Brownsville, Tx 78521

LAW OFFICES OF
# TEXAS RURAL LEGAL AID, INC.
### 308 EAST HARRISON
### HARLINGEN, TEXAS 78550
210-423-3111
1-800-369-2651

February 29, 2000

Albert Salazar
654 Eastwood Ct.
Brownsville, TX  78520

Dear Mr. Salazar:

This letter will confirm you contacted our office.  At that time you were advised and counseled on the matter for which you contacted us.  We are not going to do anything further on this matter and your case is now closed.

Please be advised that almost all legal problems involve deadlines which must be met to protect your rights.  If you wish to pursue this matter further, you should consult with an attorney as soon as possible.  Failure to take action within a limited time period may result in you losing your rights.

If you have any questions regarding our decision not to pursue this matter further, contact this office within ten (10) days.

If in the future you have another legal problem, feel free to contact our office.

Sincerely,

TEXAS RURAL LEGAL AID, INC.

Exhibit 9

Angelita Garcia
Paralegal

TRLA No. 05-47881
BRFADV.APE



THE ALLISON LAW FIRM

March 7, 2000

Guy Hendrick Allison

Dana Faith Allison

Cary M. Toland

Brandt R. Johnson

Charles Pugsley, Partner
Of Counsel

**via CMRRR**
**Alberto Salazar**
**654 Eastwood Ct.**
**Brownsville, Texas 78521**

Re:    *Rejecting case*

Dear Mr. Salazar:

      Please be advised that our firm will not be able to assist you in your claim. In addition, we will not charge you for the consultation in reviewing your claim. Accordingly, you are urged to seek other legal assistance if you feel you want to initiate a legal action.

      I encourage you to seek opinions from other attorneys.

      Please be advised that if you continue to desire to pursue your claim or file a lawsuit, YOU MUST FILE A LAWSUIT WITHIN TWO (2) YEARS FROM THE DATE OF YOUR CLAIM. FAILURE TO FILE A LAWSUIT WITHIN TWO YEARS FROM THIS DATE WILL PROHIBIT YOU FROM ANY CHANCE OF RECOVERY BECAUSE OF THE STATUTE OF LIMITATIONS PROVISIONS.

      We appreciate your referring this matter to us for review and consideration and we wish you great success with your case.

      If you have any questions or comments regarding this matter, please feel free to contact me at your convenience.

      Sincerely,

      THE ALLISON LAW FIRM

      Cary M. Toland

*Exhibit 10*

CT:lan
**f:\main\ltrs\firm.72**

CHARLES BROWN, P.C. d/b/a

# THE CHARLES BROWN LAW FIRM

Charles W.R. Brown[*]

Scott Thomas[††]

Maria M. Cordon, P.C.,

*A Professional Corporation*

*Of Counsel*

*4th Floor*

1535 West Loop South

Houston, Texas 77027

(713) 627-0770

Fax (713) 627-0240/627-0250

Ray B. "Randy" Martin[†]

Kameron K. Searle

*Of Counsel*

E-Mail:  thecharlesbrownlawfirm@compuserve.com

[*]Board Certified: Oil, Gas and Mineral Law
[†]Board Certified: Criminal Law

[††]Board Certified:  Family Law

November 28, 2000

Albert Salazar
654 Eastwood Ct.
Brownsville, Texas 78521

***Hand Delivery by UPS***

Ana Maria Turrubiates
Jose David Turrubiates
Miguel Turrubiates
c/o Albert Salazar
654 Eastwood Ct.
Brownsville, Texas 78521

**Re: Turrubiates et al vs. Pep Boys (Cooper Tires) et al, In The United States District Court, Southern District Of Texas, Brownville Division, Civil Action No B-99-101**

**Dear Mr. Salazar, Ms. Turrubiates, Jose and Miguel Turrubiates:**

After further review of your claims, we have determined that we will no longer be able to assist you in the above-referenced matter and *will not* be retaining our interest (attorney's fees) in your claims.

This is not to say that you do not have an actionable cause of action, but only that we will not be representing you.

Accompanying this letter is the box of documents regarding your case that you sent to us for review.

**THIS IS A REMINDER AND WARNING**: As you know, enclosed is a 120 day tolling agreement. Be mindful that all of you need to find another attorney to handle your matter, file/go forward with your case within the 120 day limit that the agreement requires.  Therefore, I urge all of you **not to delay,** and I strongly suggest that all of you consult another attorney **IMMEDIATELY** if you are inclined to continue pursuing this matter.

Exhibit 11

C:\wpdocs\bridgestone\Salazar Turrubiates Decline Rep Ltr 11-28-00.wpd

Albert Salazar

Ana Maria Turrubiates
Jose David Turrubiates
Miguel Turrubiates
c/o Albert Salazar
November 28, 2000
Page 2

I am sorry we will be unable to assist you further, but I wish all of you the best of luck.

Thank you for the opportunity to represent you.

Cordially,

CHARLES BROWN, P.C. d/b/a
THE CHARLES BROWN LAW FIRM

Charles Brown wp a/f

Charles W. R. Brown

CWRB/ajb

Enclosures (Includes a copy of this letter for each addressee)

Exhibit *11 page 2*

C:\wpdocs\bridgestone\Salazar Turrubiates Decline Rep Ltr 11-28-00.wpd

# KLITSAS, HUSAIN & VERCHER, P.C.
## ATTORNEYS AT LAW

550 Westcott, Suite 570
Houston, Texas 77007

www.khvlaw.com

Telephone : (713) 862-1365
facsimile: (713) 862-1465

March 22, 2001

**<u>Via Regular Mail</u>**

Albert Salazar
654 Eastwood Court
Brownsville, Texas 78521

   RE:  Your Auto Accident of May 23, 1997

Dear Mr. Salazar:

   We hope you are doing well. As we advised you in our meeting in order for our firm to move forward with this case we must first locate an expert willing to testify that the tires that were on your vehicle at the time of the accident were defected. Accordingly, we have forwarded your tires to Mr. Alen Milner with Milner & Associates. Mr. Milner is a well know expert in this field and has agreed to inspect and test your tires in order to determine if they were defected. We should be hearing from Mr. Milner within two weeks. If he agrees to support our case our firm will move forward with this case by filing the appropriate notices with the court in which your case is pending.

   However, if Mr. Milner does not agree with our possession we will need to immediately discuss this matter with you in order to determine if our firm will continue to represent you in this matter. We are aware that time is of the essence since this suit is already pending in the United States Federal District Court for the Southern District of Texas, Brownsville Division. Consequently, we have advised Mr. Milner to forward his findings to us as soon as possible.

   Should you have any questions please do not hesitate to contact us.

   With kindest regards, I am

            Very truly yours,

Exhibit # 12

            **NOMI HUSAIN**

NKH/lp

cc:  Joe Brad Brock
   Attorney at Law
   414 South Tancahua
   Corpus Christi, Texas 78401

*Law Office of*
# *Joe Brad Brock*
414 S. Tancahua * Corpus Christi, Texas 78401 * Phone (361)884-1086 * (361) 884-8446

April 10, 2001

Mr Albert Salazar
654 East Wood Ct.
Brownsville, Texas 78521

*Certified Mail # 7099 3400017 5434 5010*
*& Regular Mail*

      RE:    Your Automobile Accident of May 23,1997

Dear Mr Salazar:

      I just want to thank you for contacting me to represent you in connection
with the personal injuries you sustained in your automobile accident on the above
date. As you were advised in our recent meeting it is extremely important for an
expert to be located willing to testify that the tires that on your vehicle at the time
of the accident were defective

      Unfortunately the expert that inspected your tires was unable to state that
the tires were in fact defective. As such, I will not be able to represent you in this.

      In declining to undertake this matter I will not express an opinion of the merits
of the action or whether you will ultimately prevail. Since your suit is already pending
in the United States Federal District Court for the Southern District of Texas,
Brownsville Division, their may be important deadlines and hearings approaching.
Therefore you should immediately seek legal assistance from another law firm. Once
again , Thank you for contacting me to assist you in this matter and I wish you well
in the future.

          Sincerely,

          Joe Brad Brock
          Attorney At Law

Exhibit # 13

JBB/lr



# Kraft & Associates
## Attorneys at Law, P.C.

Suite 1300
2777 Stemmons Freeway
Dallas, Texas 75207

Dallas:     (214) 999-9999
Ft. Worth:  (817) 999-9999
Fax:        (214) 637-2118

www.kraftlaw.com

ROBERT A KRAFT
TOMMY K. DAVIS
J.K. IVEY *
STUART L. BROWN

*Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

May 30, 2001

Mr. Alberto Salizar
654 Eastwood Ct.
Brownsville TX 78521

Re:  Date of Injury:  May 23, 1997

Dear Mr. Salizar:

We regret that our firm will not be able to assist you in your claim arising from injuries sustained on the above referenced date.

In order to successfully pursue a liability claim, you must file suit within two years of the date of the injury or your claim will be barred.

Our firm has taken no action regarding your claim, and we will not take any action in the future. If you wish to continue your claim, you must retain an attorney or take action on your own.

If we can be of any service to you in the future, please call us.

Sincerely,

Robert A. Kraft

yxx-bi

Exhibit 14.

LAW OFFICES OF

# SHELTON SMITH & ASSOCIATES

A PROFESSIONAL CORPORATION

3850 TWO HOUSTON CENTER
HOUSTON, TEXAS 77010-1003
(713) 659-2727 • FAX (713) 659-2813
TOLL FREE 1-877-659-2727
*www.sheltonsmith.com*

RUSSELL W. ENDSLEY
*rendsley@sheltonsmith.com*

June 26, 2001

Albert Salazar                                          *Via Certified Mail RRR*
625 Eastwood Court
Brownsville, Texas 78521

Dear Mr. Salazar:

You have contacted this firm and requested that we evaluate whether we will represent you in possible product liability claim. I spoke with you and have conducted an independent investigation into your claims. After speaking with experts and reviewing certain documents I have determined that we can not represent you in this matter. If you have a need in the future for legal assistance, however, we hope you will again consider our firm. We appreciate being given the opportunity to review this matter.

If you desire to pursue your claim, you should seek other representation. Please be advised state laws proscribe time periods in which claims must be brought. If you do not make a claim within the statutory period, you will be legally barred from making the claim. Because time is always important, and could be critically short in your case, we recommend that you immediately contact another attorney for assistance if you wish to pursue your claim. If you do not have another attorney in mind, we suggest you call the Houston Lawyer Referral Service at (713) 237-9429.

In declining to take this case, our firm is not expressing an opinion on whether you would prevail if you pursue this claim. We encourage you to seek a second opinion, if you wish to do so. You should not refrain from seeking legal assistance from another attorney merely because we have decided not to represent you in this matter.

This will confirm that we are not charging you for any legal fees or expenses. We also do not retain any fee interest in your case.

Exhibit 15



LAW OFFICES OF
# SHELTON SMITH & ASSOCIATES
A PROFESSIONAL CORPORATION

Page 2
June 26, 2001
Mr. Salazar

Thank you again for the opportunity to speak with you and to review your case. If you have any questions about this letter or any other issues, please contact us.

Sincerely,

Russell W. Endsley

Exhibit 15 page 2

# JOHNSTON & ASSOCIATES

307 WEST SEVENTH STREET, SUITE 825
FORT WORTH, TEXAS 76102
(817) 820-0825
Fax (817) 820-0830

HOUSTON OFFICE
7838 HILLMONT
HOUSTON, TEXAS 77040
(713) 830-4816
Fax (713) 830-4815
BY APPT. ONLY

(972) 219-4772 (DALLAS METRO)
Fax (972) 219-4771 (DALLAS METRO)
(800) 771-6946 (TOLL FREE)
WWW.TXINSLAW.COM

SAN ANTONIO OFFICE
745 E. MULBERRY, SUITE 745
SAN ANTONIO, TEXAS 78212
(210) 734-3311
Fax (210) 734-3341
BY APPT. ONLY

MICHAEL W. JOHNSTON
BOARD CERTIFIED CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
NATIONAL BOARD OF TRIAL ADVOCACY
BOARD CERTIFIED CONSUMER LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

June 27, 2001

Mr. Albert Salazar
654 East Wood Ct.
Brownsville, Texas 78520

Re:    Civil Action No. B-01-032; Albert Salazar and Ana Maria Turrubiates vs. The
       Pep Boys-Manny, Moe & Jack of California, Inc. Cornell Corporation and
       Coopation and Cooper Tire and Rubber Company

Dear Mr. Salazar:

I have reviewed the status of your case, and unfortunately, I will not be able to assist you
with this case. Your case is set for a Motion for Summary Judgment hearing at 1:30 p.m. on
August 2, 2001.

Thank you for the opportunity to review this file, and I look forward to being of service in the
future.

Sincerely,

JOHNSTON & ASSOCIATES

Exhibit 16 12

By: _____
Michael W. Johnston

MWJ:djs

LAW OFFICES OF

# MICHAEL R. COWEN, P.C.

765 E. 7th Street, Suite A • Brownsville, Texas 78520
Telephone 956/541-4981 • Facsimile 956/504-3674

July 11, 2001

Mr Albert Salazar
654 Eastwood Ct.
Brownsville, TX 78521

       **Re:**   <u>**Your Claim**</u>

Dear Mr. Salazar:

     We have determined that we will be unable to represent you in pursuit of your claim. We make no comment on the merit of your claim, but rather our decision is based upon our own time and personnel constraints, as well as our present trial caseload which prevents us from accepting the responsibility to represent you at this time.

     <u>**WE URGE YOU TO SEEK THE ADVISE OF ANY OTHER ATTORNEY(S) IN THIS REGARD. PLEASE KEEP IN MIND THAT THE TEXAS STATUTE OF LIMITATIONS WILL BAR YOUR CLAIM FOR DAMAGES UNLESS A FORMAL LAWSUIT IS BROUGHT WITHIN A GIVEN PERIOD OF TIME.**</u> We have <u>**NOT**</u> commenced any formal action, and We <u>**DO NOT**</u> intend to do so.

     You may come by the office to pick up your file.

     We appreciate the opportunity you afforded us to review your case. We regret being unable to assist you. If we can be of any further assistance in the future, please do not hesitate to contact me.

Sincerely,

*Exhibit 17*

MICHAEL R. COWEN, P.C.

Michael R. Cowen

MRC/jol



**PATTERSON**
**& ASSOC.**
ATTORNEYS AT LAW

Robert J. Patterson, P.C.
bob@pattersonassoc.com

Laura Patterson Haley
lhaley@pattersonassoc.com

July 23, 2001

**Via Certified and Fed Ex**
Mr. Albert Salazar
654 Eastwood Ct
Brownsville, Texas  78521

Dear Mr. Salazar:

After reviewing the information available, we are not in a position to pursue a claim on your behalf.

As you know, your hearing date is rapidly approaching.  If you choose to respond to the two Defendants' Summary Judgments, I would strongly recommend you contact another attorney or the Lawyer Referral Service in your area immediately.

We appreciate you thinking of us and permitting us to review this matter and we regret that we are unable to be of assistance.  If we can be of any further assistance, please do not hesitate to contact our office.

101 N. Shoreline
Suite 210
Corpus Christi, Texas
78401

P.O. Box 1010
Corpus Christi, Texas
78403

FAX:
   (361) 887-1881
   (361) 887-6761
WATS:
   (800) 580-1881

Yours truly,

*Exhibit 18*

Laura P. Haley
LPH/mam