

*18*

United States District Court
Southern District of Texas
FILED

AUG 0 2 2001

Michael N. Milby
Clerk of Court

## THE HONORABLE JOHN WM. BLACK

HEARING ON DEFENDANT CORNELL CORPORATION'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT (DOCKET NO. 11) AND

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT (DOCKET NO. 12) FILED BY DEFENDANTS COOPER TIRE & RUBBER COMPANY AND THE PEP BOYS-MANNY, MOE & JACK OF DELAWARE, INC.

CIVIL ACTION NO. B-01-032          DATE & TIME: 08-02-01 AT 1:30 P.M.

ALBERT SALAZAR                      PLAINTIFF(S)   PRO SE
ANA MARIA TURRUBIATS                COUNSEL        PRO SE

VS.

THE PEP BOY-MANNY, MOE & JACK,      DEFENDANT(S)   JOSE EDUARDO GARCIA
ET AL.                              COUNSEL        FRANCISCO VILLARREAL
                                                   GREG CURRY

---

CSO: D. Harrelson
ERO: G. Mendieta

    Pro se Plaintiffs Albert Salazar and Ana Maria Turrubiats and defense attorneys Francisco Villarreal and Dwain Clifford appeared.

    Motions will be taken under advisement.

ClibPDF - www.fastio.com