IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
FILED

AUG 1 3 2001

Michael N. Milby
Clerk of Court

ALBERT SALAZAR AND
ANA MARIA TURRUBIATES
Plaintiffs,

VS.                                           CIVIL ACTION NO. B-01-032

THE PEP BOYS-MANNY, MOE &
JACK OF CALIFORNIA, INC.
CORNELL CORPORATION AND
COOPERATION AND COOPER TIRE
AND RUBBER COMPANY

Defendant.

PLAINTIFFS' MOTION FOR RESPONSE TO
MOTION FOR EXTENSION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiffs, Albert Salazar and Ana Maria Turrubiates,

Pursuant to Motion for Mediation and Extension filed on August 2, 2001 with apposing

Council off the record. The Plaintiffs, show good cause as follows:

I.

The Plaintiffs have done their best to continue this process and to follow the procedures of the Courts in order to be heard in these matters.

II.

Plaintiffs would appreciate a response on their Motion for Mediation and Extension.

## III.

This Extension and Motion for Mediation is sought so that justice may be done, and not For purposes of delay. **WHEREFORE, PREMISES CONSIDERED**, Plaintiffs request The Court to grant extension for 60 days.

Respectfully submitted,

By: *Albert Salazar*
ALBERT SALAZAR, Prose
654 East Wood Ct
Brownsville, Texas 78520
Tel (956) 546-1370

By: *Ana Maria Turrubiates*
ANA MARIA TURRUBIATES
447 Rey Juan Carlos
Brownsville, Texas 78521

IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISON

ALBERT SALAZAR AND ANA
MARIA TURRUBIATES
Plaintiffs,

VS                                                   CIVIL ACTION NO. B-01-032

THE PEP BOYS-MANNY, MOE &
JACK OF CALIFORNIA, INC
CORNELL CORPORATION AND
COOPATION AND COOPER TIRE
AND RUBBER COMPANY
Defendant.

### ORDER SETTING HEARING

The above and foregoing Plaintiffs' Motion for Response to Motion for Mediation

Extension having been presented and duly considered, the Court is of the opinion that a

Hearing on it is necessary.

    IT IS THEREFORE ORDERED that said Motion is set for hearing
on_____at_____

    SIGNED on _____,2001.

_____
JUDGE PRESIDING

## CERTIFIED OF SERVICE

I certify that on August 10, 2001, a true and correct copy of Plaintiffs' Motion for Response Motion for Mediation and Extension was certified mailed to Thompson & Knight at 1700 Pacific Ave, Suite 3300. Dallas, Texas 75201-4693 and Garcia and Villareal at 4401 N McCall, McAllen, Texas 78504.

_____
Albert Salazar , Prose


_____
Ana Maria Turribiates, Prose