

County of Cameron  
State of Texas

Brownsville, TX  
AUGUST 23 2001

United States District Court  
Southern District of Texas  
FILED

AMENDED AFFIDAVIT:

AUG 2 3 2001

Michael N. Milby  
Clerk of Court

Before me Notary Public in and for the state of Texas appeared Albert Salazar, and after being sworn deposes and says:

" I, Albert Salazar, a plaintiff on a civil action No B-01-032, Hereby state that I have in my possession several documents signed by people that have a relation to my case against Pep-Boys-Manny and all others. Attached are affidavits and the signatures of the people that have knowledge of my case. Also, I would like to state that more than 50 lawyers had turned me down after they had already accepted to take my case. I have letters of the attorneys that turned me down. The majority of the time the lawyers turned me down after talking to Attorney Ray Marchan.

I went to Firestone Tire & Service Centers and the employee stated on 10-7-1997:

"Vibration at 55&65 and two rear tires out of round."

I sorry Firestone Tire & Service Centers don't cooperate to sign.

Date 7/27/2001

Mr. Ricky Davila from Red Barn Tire Service stated on 10-24-1997 the following:

"Problem with rear tires, soft sidewalls, solution 1 tire rotation, vehicle snakedrives."

_____   _____7-22-01_____
Rick Davila                 Date

After that I went back to Rick Davila now at his own business named Ricki's Auto Service he serviced the vehicle and he stated on 5-10-1999:

"Vehicle snaked driving when changing lanes, replace rear tires, has some 235-75-15 and replaced with 235-75-15 when tried out. Took care of problem. Vehicle needs front end work."

_____   _____7-22-01_____
Rick Davila                 Date

If you need any further information please contact me at (956)546-1370.

_Albert Salazar_   7/27/01   _Albert Salazar_  8/21/01
Albert Salazar     Date

SWORN AND SUBSCRIBED TO ME ON THIS 21st DAY OF AUGUST 2001 BY ALBERT SALAZAR

Notary Public
MY COMMISSION EXPIRES ON 6-29-2004.

Exhibit 19

```
    456
   P E P ___ Y S  # 766
      2336 BOCA CHICA BLVD.
   BROWNSVILLE TEXAS 78521 (512) 546-1934

   REG 1  TRX 604471
   CASHIER 23   1/21/97  19:01:45

   2  #0001901              8.99      17.98
      TIRE;PREMIUM LIFETIME BALA
   2  #09297106133          27.25     54.50
      CORNELL STEEL BELT 40 P235
      #09297106133           8.99     17.98
      TIRE ROAD HAZARD ADJ
   2  #0004002              5.00      10.00
      ROAD HAZARD WARRANTY
   2  #0005617              2.00       4.00
      STATE IMPOSED TIRE RECYCLE

                      SUB-TOTAL     49.96
                            TAX      1.48
                          TOTAL     51.44
         ** PAID ON CREDIT **       51.44
      CREDIT CARD #6011008124002798
      EXP. 1/31/99  APP. #021922 AUTO
                         CHANGE       .00

   CARD HOLDER ACKNOWLEDGES RECEIPT OF
   GOODS AND/OR SERVICES IN THE AMOUNT OF
   TOTAL SHOWN ABOVE AND AGREES TO PERFORM
   THE OBLIGATIONS SET FORTH IN THE CARD
   HOLDER'S AGREEMENT WITH THE ISSUER.


        * * GRACIAS ** THANK YOU * *
         RECEIPT REQUIRED FOR RETURNS
       SE REQUIERE RECIBO PARA DEVOLUCIONES
```



Exhibit 20

Exhibit 21

```
           · P E P   B O Y S   # 788
              2336 BOCA CHICA BLVD.
         BROWNSVILLE TEXAS 78521 (512) 546-1934

         REG 1   TRX 703434
         CASHIER 19  10/09/97  16:09:52

            2  #092971061331         24.75      49.50
               COR SB40 WW 2357515
            2  #0005617               2.00       4.00
               STATE IMPOSED TIRE RECYCLE
            1  #04823220423                      1.19
               TIRE VALVES

                                SUB-TOTAL      54.69
                                      TAX       4.18
                                    TOTAL      58.87
               ** PAID ON CREDIT **            58.87
               CREDIT CARD #6011008124002798
               EXP. 1/31/99  APP. #009159 AUTO
                                   CHANGE        .00

              CARD HOLDER ACKNOWLEDGES RECEIPT OF
              GOODS AND/OR SERVICES IN THE AMOUNT OF
              TOTAL SHOWN ABOVE AND AGREES TO PERFORM
              THE OBLIGATIONS SET FORTH IN THE CARD
              HOLDER'S AGREEMENT WITH THE ISSUER.


                 * * GRACIAS ** THANK YOU * *
                  RECEIPT REQUIRED FOR RETURNS
              SE REQUIERE RECIBO PARA DEVOLUCIONES
```

Exhibit 22

STORE MANAGER:

| NAME | | CAR CODE | MODEL | | |
|---|---|---|---|---|---|
| ADDRESS | | LICENSE NO | MILEAGE | | |
| | | VIN NO | | | |
| HOME PHONE | WORK PHONE | STORAGE CHARGES: If your car remains in our premises longer than 3 days after notification that repairs are completed, storage charges will begin at the rate of $10.00 per day. | | | OLD PARTS REQUESTED BY CUSTOMER? |

I AUTHORIZE PEP BOYS TO PERFORM THE REPAIRS BELOW AND FURNISH NECESSARY MATERIALS. I UNDERSTAND ANY COST QUOTED IS AN ESTIMATE PEP BOYS EMPLOYEES MAY OPERATE THIS VEHICLE FOR INSPECTION, TESTING AND DELIVERY PEP BOYS WILL NOT BE RESPONSIBLE FOR LOSS OR DAMAGE TO VEHICLE OR ARTICLES LEFT IN IT IN CASE OF FIRE, THEFT OR ANY OTHER CAUSE BEYOND PEP BOYS CONTROL. AN EXPRESS MECHANIC'S LIEN IS ACKNOWLEDGED ON ABOVE VEHICLE TO SECURE AMOUNT OF REPAIRS FOR WORK PERFORMED UNDER A WRITTEN REPAIR ESTIMATE.

| PARTS $ | LABOR $ | TOTAL $ | DATE AND TIME | COMPLETION DATE | LABOR RATE |
|---|---|---|---|---|---|
| PERSONS CONTACTED | | TOTAL ADD'L AMT AUTHORIZED $ | PHONE NUMBERS CALLED | DATE AND TIME | BY |

**NOTICE TO CUSTOMERS – ESTIMATE**

CUSTOMER NOTES:
customer declined balance and installation will carry out.
90 day warranty only.