22

United States District Court
Southern District of Texas
FILED

SEP 1 0 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

ALBERT SALAZAR and
ANA MARIA TURRIBIATES

    Plaintiffs,

VS.                                                         CIVIL ACTION NO B-01-032

THE PEP BOYS-MANNY. MOE &
JACK OF CALIFORNIA,INC.,
CORNELL CORPORATION,and
COOPER TIRE & RUBBER CO.

    Defendants.

## OBJECTIONS TO AUGUST 29, 2001:

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON

YOUR HONOR, I NEED MORE TIME TO GET EXPERTS. THE APPOSING COUNSEL HAS SHORTENED THE TIME SO I WOULD NO PERSUE THIS MATTER, AS YOU WILL KNOW YOUR HONOR. I HAVE AN ATTORNEY THAT IS WILLING TO REPRESENT ME IN THIS CASE, AS LONG AS I HAVE THE SUFFICIENT TIME TO ACQUIRE THE EXPERTS.
YOUR HONOR, I NEED AT LEAST 60 DAYS TO 120 DAYS SO THIS CASE CAN CONTINUE. PLEASE CONSIDER MY OBJECTIONS IN THIS MATTER. THANK YOU FOR YOUR TIME AND COPERATION.

*Albert Salazar*
ALBERT SALAZAR