IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED
OCT 0 1 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ALBERT SALAZAR and ANA MARIA TURRUBIATES, Plaintiffs, | § § § § § § |
| VS. | § § CIVIL ACTION NO. B-01-032 |
| THE PEP BOYS-MANNY, MOE & JACK OF CALIFORNIA, INC., CORNELL CORPORATION, and COOPER TIRE & RUBBER CO., Defendants. | § § § § § § § |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of August 29, 2001 should be **ADOPTED**.

IT IS **ORDERED** that Cornell's Motion for Judgment on the Pleadings pursuant to FED. R. CIV. P. 12(c) or, alternatively, for Summary Judgment pursuant to FED. R. CIV. P. 56 be **GRANTED**. IT IS further **ORDERED** that Pep Boys's and Cooper's Motion for Summary Judgment pursuant to FED. R. CIV. P. 56 be **GRANTED**. IT IS further **ORDERED** that this case be **DISMISSED** in its entirety.

DONE in Brownsville, Texas, on this 25th day of September, 2001.

Filemon B. Vela
United States District Court Judge